# United States District Court

For the Western District of Texas
Austin Division

FILED

AUSA Galdo
SEP 24 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
                    DEPUTY

United States of America, §
§
v. §
§   Case Number: **1:19-MJ-589**
**Orlando Garza-Facundo** §
Aka: Facundo Garza & Orlando Garza §
§

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **September 23, 2019**, in the county of **Williamson**, in the Western District of Texas, the defendant, **Orlando Garza-Facundo**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **September 23, 2019**, the defendant, an alien, was found in the Williamson County jail, Georgetown, Texas, with in the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **October 18, 2016**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

September 24, 2019                          Austin, Texas
_____      at      _____
Date                                        City and State

Susan Hightower
United States Magistrate Judge
_____              _____
Name & Title of Judicial Officer            Signature of Judicial Officer